IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CRIMINAL NO. 6:10CR31 |
| | § | JUDGE Davis / Guthrie |
| LARRY GENE NORTH | § | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### COUNT ONE

Violation: 26 U.S.C. § 5861(d) (Possession of an Illegal Firearm - Destructive Device)

On or about March 23, 2010, in the Eastern District of Texas, **Larry Gene North**, defendant herein, did knowingly and unlawfully possess a firearm as defined by 26 U.S.C. § 5845(a)(8) and (f) to wit: a pipe bomb, destructive device, not registered to him in the National Firearm Registration and Transfer Record as required by and in violation of 26 U.S.C. § 5841 and 5861(d).

In violation of 26 U.S.C. § 5861(d).

A TRUE BILL

_____
GRAND JURY FOREPERSON

JOHN M. BALES
UNITED STATES ATTORNEY

_____
RICHARD L. MOORE
Assistant United States Attorney
110 N. College, Suite 700
Tyler, Texas 75702
(903) 590-1400
(903) 590-1439 (fax)

4-08-2010
Date

Indictment - Page 2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CRIMINAL NO. 6:10CR_____ |
| | § | JUDGE _____ |
| LARRY GENE NORTH | § | |

## NOTICE OF PENALTY

### COUNT ONE

| | |
|---|---|
| Violation: | 26 U.S.C. § 5861(d) (Possession of an Illegal Firearm - Destructive Device) |
| Penalty: | 26 U.S.C. § 5871 (A fine of not more than $250,000; imprisonment for not more than 10 years, or both. A period of supervised release of not more than 3 years) |
| Special Assessment: | $50.00 |