IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| V. § | CRIMINAL NO. 6:10CR31 |
| § | |
| LARRY GENE NORTH § | |

## FACTUAL RESUME

IT IS HEREBY STIPULATED by the defendant, **Larry Gene North**, that the following facts are true and correct, and that the defendant understands and agrees, with the express consent of counsel, Kenneth R. Hawk, II, that this factual resume may be used by the Court to determine whether his plea is voluntary and knowing and by the probation officer and Court to determine an appropriate sentence for the offenses to which he is pleading guilty:

On Monday, March 22, 2010, I placed a Molotov cocktail device inside a United States Postal Service mail depository at 202 E. Travis Street in Marshall, Texas. The device was made from a 12 ounce plastic Coke bottle with a round rope for a wick and black electrical tape was used to attach the wick to the bottle. The bottle had been partially filled with a flammable liquid.

On Tuesday, March 23, 2010, I placed a Molotov cocktail device on the ground at the locked gated entrance of the East Texas Police Academy training facility located on Rusk County Road 174 in Rusk County, Texas. This device was a 2-liter plastic bottle with cotton rope protruding from the mouth of the bottle and secured with black electrical

tape. The bottle contained a flammable liquid. The device was contained in a metal bucket and partially buried by a top layer of road base with fertilizer underneath.

I acknowledge that these devices constituted destructive devices as defined in 18 U.S.C. § 921 and as such, are weapons of mass destruction. I admit placing one of the devices in a United States Postal mail depository and as such, obstructed the delivery of correspondence which had been placed in the depository.

I acknowledge that these destructive devices were not registered to me in the National Firearms Registration and Transfer Record.

I knew that my conduct was unlawful and willful.

I have read (or had read to me) the factual resume and have carefully reviewed every part of it with my attorney. I fully understand and voluntarily agree to it.

Dated: 11-22-10

_____
LARRY GENE NORTH
Defendant

I have read this factual resume and the plea agreement in this matter and have reviewed them with my client. Based upon my discussions with defendant, I am satisfied that he understands the terms and effects of the factual resume and the plea agreement and is signing this factual resume voluntarily.

Dated: 11-22-10

_____
KENNETH R. HAWK
Attorney for Defendant

Factual Resume - Page 2